UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **WESLEY KANE CAMPBELL,** | Case No. CV 15-9647-GW(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| **Warden,** | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: December 23, 2015

_____
George H. Wu
United States District Judge